

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brian Sporn,                         \* From the 106th District Court
                                                      of Dawson County,
                                                      Trial Court No. 21-09-20830.

Vs. No. 11-22-00044-CV                     \* August 10, 2023

Marcantonio, et al.,                       \* Memorandum Opinion by Williams, J.
                                                      (Panel consists of: Bailey, C.J.,
                                                        Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we modify the trial court's order to reflect that the cause is dismissed "without prejudice." As modified, we affirm the order of the trial court.